B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Western District of Oklahoma | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Ambrose Construction and Roustabout Service, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>EIN 26-4771579 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**P.O. Box 189**<br>**301 E. HWY 33, Suite A-3**<br>**Perkins, OK**<br>ZIP Code **74059** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Payne** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)  (Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)                                                                                                          Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Ambrose Construction and Roustabout Service, LLC** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br> **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13) Page 3

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **Ambrose Construction and Roustabout Service, LLC** |

**Signatures**

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney***

X _____
Signature of Attorney for Debtor(s)

**Jeffrey E. Tate  17150**
Printed Name of Attorney for Debtor(s)

**Christensen Law Group, P.L.L.C.**
Firm Name

**The Parkway Building**
**3401 N.W. 63rd Street**
**Oklahoma City, OK 73116**

_____
Address

**Email: jeffrey@christensenlawgroup.com**
**405-232-2020  Fax: 405-236-1012**
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X ~Stephen Ambrose~
Signature of Authorized Individual

**Stephen Ambrose**
Printed Name of Authorized Individual

**Manager**
Title of Authorized Individual

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

IN RE:

AMBROSE CONSTRUCTION AND
ROUSTABOUT SERVICE, LLC,

                      Debtor.

Case No. 15-_____
(Chapter 11)

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Stephen P. Ambrose, declare under penalty of perjury that I am the Managing

Member of Ambrose Construction and Roustabout Services, LLC and that the following is

a true and correct copy of the resolutions adopted by written consent of Stephen P.

Ambrose, the sole Member and Manager of Ambrose Construction and Roustabout

Services, LLC, on this 14th day of October, 2015.

"WHEREAS, it is in the best interest of Ambrose Construction and Roustabout

Services, LLC to file a voluntary petition in the United States Bankruptcy Court pursuant

to Chapter 11 of Title 11 of the United States Code.

BE IT THEREFORE RESOLVED, that Stephen P. Ambrose, Managing Member

of Ambrose Construction and Roustabout Services, LLC, is authorized and directed to

execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary

bankruptcy case on behalf of Ambrose Construction and Roustabout Services, LLC; and

BE IT FURTHER RESOLVED, that Stephen P. Ambrose, Managing Member of

Ambrose Construction and Roustabout Services, LLC, is authorized and directed to appear

in all bankruptcy proceedings on behalf of Ambrose Construction and Roustabout Services,

LLC, and to otherwise do and perform all acts and deeds and to execute and deliver all

necessary documents on behalf of Ambrose Construction and Roustabout Services, LLC in connection with such bankruptcy case; and

BE IT FURTHER RESOLVED, that Stephen P. Ambrose, Managing Member of Ambrose Construction and Roustabout Services, LLC, is authorized and directed to employ the law firm of Christensen Law Group, PLLC, and any other professionals deemed necessary, to represent Ambrose Construction and Roustabout Services, LLC in such bankruptcy case."

Date:  October 14, 2015          Signed: _Stephen P. Ambrose_
                                 Stephen P. Ambrose, Manager
                                 Ambrose Construction and
                                 Roustabout Services, LLC,
                                 an Oklahoma limited liability company

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Western District of Oklahoma

In re    Ambrose Construction and Roustabout Service, LLC        Case No.    _____
<br>                                            Debtor(s)                 Chapter     **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Black Gold Construction/Elk City RV Sale<br>3306 S. Hwy 6<br>Elk City, OK 73644** | **Black Gold Construction/Elk City RV Sale<br>3306 S. Hwy 6<br>Elk City, OK 73644** | | | **55,711.35** |
| **Bruckner's Leasing<br>P.O. Box 1024<br>Amarillo, TX 79105** | **Bruckner's Leasing<br>P.O. Box 1024<br>Amarillo, TX 79105** | | | **67,117.72** |
| **Bruckner's Truck & Trailer Sales<br>9471 E. Interstate 40<br>Amarillo, TX 79118** | **Bruckner's Truck & Trailer Sales<br>9471 E. Interstate 40<br>Amarillo, TX 79118** | | | **22,250.94** |
| **Dacoma Farmers Cooperative, Inc.<br>P.O. Box 220<br>Dacoma, OK 73731** | **Dacoma Farmers Cooperative, Inc.<br>P.O. Box 220<br>Dacoma, OK 73731** | | | **53,227.53** |
| **Ditch Witch of Oklahoma<br>4501 East 2nd Street<br>Edmond, OK 73034** | **Ditch Witch of Oklahoma<br>4501 East 2nd Street<br>Edmond, OK 73034** | | | **46,376.36** |
| **Economy Supply, Inc.<br>P.O. Box 70<br>Oilton, OK 74052** | **Economy Supply, Inc.<br>P.O. Box 70<br>Oilton, OK 74052** | | | **82,679.44** |
| **Experitec Inc.<br>Box 18341 M<br>Saint Louis, MO 63195** | **Experitec Inc.<br>Box 18341 M<br>Saint Louis, MO 63195** | | | **56,123.48** |
| **Foley Rental<br>1601 E. 77th Street North<br>Park City, KS 67147** | **Foley Rental<br>1601 E. 77th Street North<br>Park City, KS 67147** | | | **87,833.11** |
| **Hertz Equipment Rental<br>P.O. Box 650280<br>Dallas, TX 75265-0280** | **Hertz Equipment Rental<br>P.O. Box 650280<br>Dallas, TX 75265-0280** | | | **41,491.24** |
| **HIIG Insurance / Tom Rooney<br>800 Gessner<br>Suite 600<br>Houston, TX 77024** | **HIIG Insurance / Tom Rooney<br>800 Gessner<br>Suite 600<br>Houston, TX 77024** | | | **54,752.83** |

B4 (Official Form 4) (12/07) - Cont.

In re **Ambrose Construction and Roustabout Service, LLC**                    Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Kar Equipment LLC**<br>**2410 W. Seminole Road**<br>**Duncan, OK 73533** | **Kar Equipment LLC**<br>**2410 W. Seminole Road**<br>**Duncan, OK 73533** | | | **31,242.58** |
| **Kinnunen Sales & Rentals, Inc.**<br>**707 E. 6th Street**<br>**Stillwater, OK 74074** | **Kinnunen Sales & Rentals, Inc.**<br>**707 E. 6th Street**<br>**Stillwater, OK 74074** | | | **35,223.69** |
| **Kirby Smith Machinery, Inc.**<br>**P.O. Box 270360**<br>**Oklahoma City, OK 73137** | **Kirby Smith Machinery, Inc.**<br>**P.O. Box 270360**<br>**Oklahoma City, OK 73137** | | | **1,483,882.90** |
| **MasterCard Credit Cards**<br>**Bankers Bank CD Service**<br>**P.O. Box 548800**<br>**Oklahoma City, OK 73154** | **MasterCard Credit Cards**<br>**Bankers Bank CD Service**<br>**P.O. Box 548800**<br>**Oklahoma City, OK 73154** | | | **21,591.02** |
| **Power Plan**<br>**21310 Network Place**<br>**Chicago, IL 60673-1213** | **Power Plan**<br>**21310 Network Place**<br>**Chicago, IL 60673-1213** | | | **29,994.05** |
| **Steve Ackerman - Grizz Trucking**<br>**P.O. Box 1625**<br>**Purcell, OK 73080** | **Steve Ackerman - Grizz Trucking**<br>**P.O. Box 1625**<br>**Purcell, OK 73080** | | | **141,172.66** |
| **The Anthony Farmers Coop Elevator Co.**<br>**P.O. Box 111**<br>**Anthony, KS 67003** | **The Anthony Farmers Coop Elevator Co.**<br>**P.O. Box 111**<br>**Anthony, KS 67003** | | | **23,473.93** |
| **United Rentals, Inc.**<br>**P.O. Box 840514**<br>**Dallas, TX 75248-0514** | **United Rentals, Inc.**<br>**P.O. Box 840514**<br>**Dallas, TX 75248-0514** | | | **161,891.97** |
| **Westoak Directional Drilling, Inc.**<br>**P.O. Box 1975**<br>**Woodward, OK 73802-1975** | **Westoak Directional Drilling, Inc.**<br>**P.O. Box 1975**<br>**Woodward, OK 73802-1975** | | | **100,690.00** |
| **YellowHouse**<br>**P.O. Box 31388**<br>**Amarillo, TX 79120** | **YellowHouse**<br>**P.O. Box 31388**<br>**Amarillo, TX 79120** | | | **52,592.94** |

B4 (Official Form 4) (12/07) - Cont.

In re    **Ambrose Construction and Roustabout Service, LLC**       Case No.   _____
<br>                                 Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

       I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date _____      Signature   _Stephen Ambrose_ _____
<br>                                                 **Stephen Ambrose**
<br>                                                 **Manager**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
<br>                                     18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### Western District of Oklahoma

In re   __Ambrose Construction and Roustabout Service, LLC__      Case No. _____

Debtor(s)      Chapter   __11__ _____

## VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: _____      _Stephen Ambrose_____

**Stephen Ambrose/Manager**
Signer/Title

4-D CONCRETE / DANNY MANNING
105022 S. 3500 RD.
PRAGUE OK 74864


4M WELDING
40447 EAST COUNTY ROAD 1510
PAULS VALLEY OK 73075


A + GLASS
P.O. BOX 447
PERRY OK 73077


ACCURATE SAFETY COMPLIANCE
P.O. BOX 721011
NORMAN OK 73070


ALLIED WASTE SERVICES OF STILLWATER
P.O. BOX 99729
CHICAGO IL 60696-7529


ANDERSON TANK TRUCK SERVICE, INC.
2604 WINDMILL ROAD
EDMOND OK 73013


ANDERSON WELDING
P.O. BOX 244
ANTHONY KS 67003


ANTHONY FARMER
P.O. BOX 111
ANTHONY KS 67003


APAC CENTRAL, INC.
P.O. BOX 9208
FAYETTEVILLE AR 72703

AREA RADIOLOGICAL CONSULTANTS, PA
P.O. BOX 1611
ROWLETT TX 75030-1611


ARROW PUMP & SUPPLY
P.O. DRAWER 1070
SEMINOLE OK 74818


AT&T U-VERSE
P.O. BOX 5014
CAROL STREAM IL 60197


B & L HEATING AND AIR CONDITION, INC.
P.O. BOX 1741
STILLWATER OK 74076-1741


B AND B SOLVENT, LLC
P.O. BOX 1478
PAMPA TX 79066-1478


B&C BUSINESS PRODUCTS, INC.
113 W. 9TH
STILLWATER OK 74074


BEASLEY TECHNOLOGY, INC.
117 N. HARRISON
CUSHING OK 74023


BLACK GOLD CONSTRUCTION/ELK CITY RV SALE
3306 S. HWY 6
ELK CITY OK 73644


BLUE BEACON INTERNATIONAL, INC.
P.O. BOX 856
SALINA KS 67402-0856

BOSTIC'S TRUCK TIRES
2020 SOUTH AGNEW
P.O. BOX 83183
OKLAHOMA CITY OK 73148


BRANDT'S
3203 N. 14TH
PONCA CITY OK 74601-1034


BRUCKNER'S LEASING
P.O. BOX 1024
AMARILLO TX 79105


BRUCKNER'S TRUCK & TRAILER SALES
9471 E. INTERSTATE 40
AMARILLO TX 79118


BURBANK MATERIALS
P.O. BOX 105
BURBANK OK 74633


BURK OIL CO. INC.
P.O. BOX 1866
3215 S. BOOMER RD.
STILLWATER OK 74076


CAN-DOO BUDGET RENTALS, INC.
301 GOLIAD ST.
ABILENE TX 79601


CAUSLEY PRODUCTIONS, INC.
219 S. WASHINGTON
STILLWATER OK 74074


CEDAR CREEK FARMS, LLC
3051 N. MARINE RD.
STILLWATER OK 74075

CIMARRON CHIROPRACTIC
101 EAST HWY. #33
P.O. BOX 96
PERKINS OK 74059


CIMARRON MEDICAL CLINIC
2340 EAST MAIN STREET
CUSHING OK 74023


CITY OF GUYMON TRANSFER STATION
214 NW 4TH STREET
GUYMON OK 73942


CITY OF PERKINS
P.O. BOX 9
PERKINS OK 74059


CLC ENTERPRISE, LLC
P.O. BOX 302
605 N.E. 4TH STREET
GUYMON OK 73942


COWBOY TIRE, LLC
5505 N. CLAY RD.
GLENCOE OK 74032


CREC
P.O. BOX 1809
STILLWATER OK 74076


D & G TRASH HAULING LLC
18907 HWY 33
CHEYENNE OK 73628


DACOMA FARMERS COOPERATIVE, INC.
P.O. BOX 220
DACOMA OK 73731

DAVIS SANITATION INC.
P.O. BOX 40
TONKAWA OK 74653


DEARINGER PRINTING & TROPHY
605 S. LEWIS
STILLWATER OK 74074


DIRECT DISCOUNT TIRE OF STILLWATER, LLC
601 S. MAIN STREET
STILLWATER OK 74074


DISPOSAL SOLUTIONS PARTNERS, LLC
4124 S. ROCKFORD AVE., #210
TULSA OK 74105


DITCH WITCH OF OKLAHOMA
4501 EAST 2ND STREET
EDMOND OK 73034


DOLESE BROS. CO.
P.O. BOX 960144
OKLAHOMA CITY OK 73196-0144


DOUBLE L WELDING & CONSTRUCTION, LLC
14623 PAISLEY LANE
PERKINS OK 74059


DPWA
P.O. BOX 22
DACOMA OK 73731


DRUMRIGHT TIRE
1103 EAST BROADWAY
DRUMRIGHT OK 74030

DURANGO SERVICES, INC.
P.O. BOX 1746
WOODWARD OK 73802-1746


E-Z ICE, INC.
P.O. BOX 1249
CUSHING OK 74023


E-Z ICE, INC. - DEVON
P.O. BOX 1249
CUSHING OK 74023


EARNHEART OIL INC.
P.O. BOX 267
MARSHALL OK 73056


ECONOMY SUPPLY, INC.
P.O. BOX 70
OILTON OK 74052


ENID MACK SALES, INC.
P.O. BOX 5009
ENID OK 73702


ENTECH LABORATORY SYSTEMS, INC.
P.O. BOX 698
PERRYTON TX 79070


EXPERITEC INC.
BOX 18341 M
SAINT LOUIS MO 63195


FARM & RANCH HAND
9 NW 10TH AVE
ANTHONY KS 67003

FHA INVESTMENTS, LLC
P.O. BOX 1030
CUSHING OK 74023


FIRST OILFIELD SUPPLY LLC
P.O. BOX 4470
TULSA OK 74159


FITTSTONE INC.
P.O. BOX 279
FITTSTOWN OK 74842


FLEET PRIDE TRUCK & TRAILER PARTS
P.O. BOX 847118
DALLAS TX 75284-7118


FOLEY RENTAL
1601 E. 77TH STREET NORTH
PARK CITY KS 67147


FOUR J'S
310 EAST HARVARD
ENID OK 73701


FRISCO SAND, LLC
316 NORTHRIDGE CIRCLE
P.O. BOX 241
GUYMON OK 73942


G & C CONCRETE, CO.
500 N. 20TH
BLACKWELL OK 74631


GARBER MUNICIPAL AUTHORITY
P.O. BOX 607
GARBER OK 73738

GEXPRO
P.O. BOX 840040
DALLAS TX 75284


GRIMSLEY'S INC.
119 EAST AIRPORT RD.
STILLWATER OK 74075


GUYMON OVERHEAD DOOR
RT. 3 BOX 32 HH
GUYMON OK 73942


GUYMON STANDARD SUPPLY / BIG R
HWY 54 NE
P.O. BOX 1346
GUYMON OK 73942


GUYMON TIRE & AUTO
1018 HWY 54 NE
GUYMON OK 73942


H & J SERVICES
3312 N. 16TH STREET
ENID OK 73701


H&H ROADSIDE SERVICE, CO.
P.O. BOX 367
CHANDLER OK 74834


HARPER COUNTY CD LANDFILL
103 W. STEADMAN
ANTHONY KS 67003


HEADRICK INSURANCE
306 W. MAIN
COMANCHE OK 73529

HERTZ EQUIPMENT RENTAL
P.O. BOX 650280
DALLAS TX 75265-0280


HIIG INSURANCE / TOM ROONEY
800 GESSNER
SUITE 600
HOUSTON TX 77024


HOLIDAY INN EXPRESS & SUITES
701 SE HWY 3
GUYMON OK 73942


HOLIK'S SERVICE STATION
1124 WEST MAIN
PRAGUE OK 74865


HOLMES ERECTION, INC.
5107 WHEELER AVENUE
FORT SMITH AR 72901


HOTSY OF OKLA. INC.
1627 N. VAN BUREN
ENID OK 73703


INTERSTATE BILLING SERVICE, INC.
P.O. BOX 2208
DECATUR AL 35609-2208


J & R SAND COMPANY, INC.
P.O. BOX 2436
LIBERAL KS 67905-2436


J.R. DEPRIEST
RT. 2 BOX 100B
SHATTUCK OK 73858

JAY CAFFEY
1108 PECAN HILL
STILLWATER OK 74074


JJ KELLER AND ASSOCIATES
P.O. BOX 548
NEENAH WI 54957-0548


KANOKLA NETWORKS
21 NORTH MAIN
P.O. BOX 222
CALDWELL KS 67022


KANSAS GAS SERVICE
P.O. BOX 219046
KANSAS CITY MO 64121-9046


KAR EQUIPMENT LLC
2410 W. SEMINOLE ROAD
DUNCAN OK 73533


KD TREE SERVICE, LLC
726 NW 40 AVE.
HARPER KS 67058


KINNUNEN SALES & RENTALS, INC.
707 E. 6TH STREET
STILLWATER OK 74074


KIRBY SMITH MACHINERY, INC.
P.O. BOX 270360
OKLAHOMA CITY OK 73137


KOMATSU FINANCIAL
P.O. BOX 99303
CHICAGO IL 60693-9303

LIBERAL NEW IRON & METAL LLC
P.O. BOX 529 1441
GENERAL WELCH BLVD.
LIBERAL KS 67905-0529


LOCKE SUPPLY CO.
P.O. BOX 24980
OKLAHOMA CITY OK 73124


M & M SUPPLY CO.
P.O. BOX 870164
KANSAS CITY MO 64187-0164


MASTERCARD CREDIT CARDS
BANKERS BANK CD SERVICE
P.O. BOX 548800
OKLAHOMA CITY OK 73154


MCAFEE & TAFT
211 N. ROBINSON
SUITE 1000
OKLAHOMA CITY OK 73102-7103


MHC KENWORTH
P.O. BOX 879269
KANSAS CITY MO 64187-9269


MJV METALS CO.
BOX 239
TEXHOMA OK 73949


MUD OPERATIONS, INC.
274413 E. COUNTY RD. 53
AMES OK 73718


MURRAY PEST CONTROL
P.O. BOX 796
STILLWATER OK 74076

NAPA AUTO PARTS/ANTHONY, KS
P.O. BOX 268
ANTHONY KS 67003


NAPA-MAIN AUTOMOTIVE SUPPLY, INC.
415 S. PERKINS ROAD
STILLWATER OK 74074


NELSON DIRECTIONAL BORING, LLC
P.O. BOX 721715
NORMAN OK 73070


NEMAHA ENVIRONMENTAL SERVICES
P.O. BOX 15
ALVA OK 73717-0015


NESCO / SHANNAN MORIARITY-EADS
6714 POINTE INVERNESS WAY
SUITE 220
FORT WAYNE IN 46804


NEWBERRY FAMILY AUTO
890 NORTH HIGHWAY 14
HARPER KS 67058


O'REILLY AUTO PARTS
P.O. BOX 9464
SPRINGFIELD MO 65801-9464


OG&E
P.O. BOX 24990
OKLAHOMA CITY OK 73124


OMNI BUSINESS CONSULTANT, LLC
16250 COUNTY ROAD 1565
ADA OK 74820

PANHANDLE EMPLOYERS SERV. INC.
881 CASINO RD.
NOCONA TX 76255


PANHANDLE OILFIELD SERVICE COMPANIES,INC
P.O. BOX 1256
LIBERAL KS 67905-1256


PAUL M. REED, D.O.
P.O. BOX 1827
GUYMON OK 73942


PIKEPASS CUSTOMER SERVICE CENTER
P.O. BOX 268803
OKLAHOMA CITY OK 73126


PINNACLE SAFETY SERVICES, INC.
1818 LOGANS RUN
CHANDLER OK 74834


POLYJOHN ENTERPRISES, CORP.
P.O. BOX 10805
MERRILLVILLE IN 46410


POWER PLAN
21310 NETWORK PLACE
CHICAGO IL 60673-1213


POWERHOUSE TRUCKBEDS & TRAILERS, LLC
5818 EAST 6TH STREET
STILLWATER OK 74074


QUALITY FORD
P.O. BOX 1509
CUSHING OK 74023

QUAPAW - PAWNEE
P.O. BOX 609
STILLWATER OK 74076


RAINMAKER SALES, INC.
7251 HIGHWAY 177
SHAWNEE OK 74804


RANDY BAILEY
P.O. BOX 2802
MIDLAND TX 79702


RC DOZER SERVICE, LLC
1400 N. SMATHER AVENUE
DRUMRIGHT OK 74030


REPUBLIC SERVICES #789
P.O. BOX 78829
PHOENIX AZ 85062-8829


RICKE'S TRUE VALUE HOME CENTER
1303 MONROE STREET
P.O. BOX 406
HARPER KS 67058


RURAL WATER DISTRICT #3
P.O. BOX 579
PERKINS OK 74059-0579


S & S SERVICES, LLC
P.O. BOX 1323
904 NE KNUTSON ST.
GUYMON OK 73942


SCHAFER GRASS SEEDING
BOX 137 HWYS. 60 & 83 WEST
CANADIAN TX 79014

SETH WADLEY FORD
P.O. BOX 650
PAULS VALLEY OK 73075


SHANN'S LAWN AND LANDSCAPING
601 S. WASHINGTON #104
STILLWATER OK 74074


SOONER BACKHOE SERVICE
P.O. BOX 1142
GUYMON OK 73942


SOUTH WEST BUTLER QUARRY, LLC
9423 SW 165TH STREET
AUGUSTA KS 67010


STEVE ACKERMAN - GRIZZ TRUCKING
P.O. BOX 1625
PURCELL OK 73080


STEWART STONE
P.O. BOX 1797
CUSHING OK 74023


STILLWATER MILLING COMPANY
502 E. 6TH
STILLWATER OK 74074


STILLWATER STEEL & SUPPLY
P.O. BOX 1926
STILLWATER OK 74076


STROM POWER SERVICES, LLC
205 NW 63RD
SUITE 170
PERKINS OK 74059

SUDDEN LINK
P.O. BOX 660365
DALLAS TX 75266-0365


SUPER 8 GUYMON
1201 E. HWY 54
GUYMON OK 73942


SWADLEY OILFIELD SUPPLY, INC.
P.O. BOX 552
HOLDENVILLE OK 74848


T&W TIRE
P.O. BOX 258859
OKLAHOMA CITY OK 73125-8859


TAKE TEN LUBE & TIRE
3015 NORTH 14TH
PONCA CITY OK 74601


THE ANTHONY FARMERS COOP ELEVATOR CO.
P.O. BOX 111
ANTHONY KS 67003


THE FARMERS COOPERATIVE ASSOCIATION
P.O. BOX 603
401 BARNES
ALVA OK 73717


TNT CRANE & RIGGING
16707 IH 35 NORTH
SELMA TX 78154


TONKAWA SALTWATER DISPOSAL, LLC
P.O. BOX 523
PERKINS OK 74059

TONY'S PUMP & SUPPLY, INC.
P.O. BOX 554
KINGFISHER OK 73750


UNIFIRST
1618 VAN BUREN
ENID OK 73073


UNIFIRST - KANSAS
1707 N. MOSLEY ST.
WICHITA KS 67214


UNIT LINER COMPANY
7901 N. KICKAPOO
SHAWNEE OK 74804


UNITED RENTALS, INC.
P.O. BOX 840514
DALLAS TX 75248-0514


UNITEDHEALTHCARE INSURANCE COMPANY
DEPT. CH 10151
PALATINE IL 60055-0151


VF WELDING, LLC
P.O. BOX 994
DUMAS TX 79029


VOLVO FINANCIAL SERVICES
P.O. BOX 7247-0236
PHILADELPHIA PA 19170-0236


WEST PERKINS COMMERCIAL DISPOSAL
P.O. BOX 97
TONKAWA OK 74653

WESTAIR PRAXAIR DISTRIBUTION INC.
P.O. BOX 120889
DEPT. 0889
DALLAS TX 75312-0889


WESTOAK DIRECTIONAL DRILLING, INC.
P.O. BOX 1975
WOODWARD OK 73802-1975


WHEATLAND INN - ANTHONY
322 WEST MAIN STREET
ANTHONY KS 67003


YELLOWHOUSE
P.O. BOX 31388
AMARILLO TX 79120


YOUNGMAN ROCK, INC.
P.O. BOX 489
MUSKOGEE OK 74402


ZKC WELDING
P.O. BOX 994
LONE GROVE OK 73443