## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF OKLAHOMA

|  |  |  |
|---|---|---|
| | ) | Chapter 11 |
| In re: | ) | |
| | ) | |
| AMRBROSE CONSTRUCTION AND | ) | Case No. 15-13956 |
| ROUSTABOUT SERVICE, LLC, | ) | |
| | ) | |
| Debtor. | ) | |

### REQUEST FOR ADMISSION *PRO HAC VICE*

I hereby request admission to the Bar of this Court *Pro Hac Vice*, in support of which I represent that the answers to the following questions are complete, true, and correct:

1.   Full name: John Joseph Dyer

2.   State bar membership number: Georgia 236844

3.   Business address, telephone and fax numbers: 3333 Piedmont Road, N.E., Terminus 200, Suite 2500, Atlanta, Georgia 30305 (Tel) 678-553-2235; Fax 678-553-2236

4.   List all state and federal courts or bar associations in which you are a member "in good standing" to practice law: Georgia Superior Court, Northern District of Georgia, Middle District of Georgia.

5.   Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee, or administrative body?
Yes ☐     No ☒

6.   Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?
Yes ☐     No ☒

(Please attach a statement explaining any "YES" answers to questions 5 or 6.)

7.   Are your familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules of this court?
Yes ☐     No ☒

A check for $50 should be made payable to the U.S. District Court Clerk.
(United States Government Attorneys are exempted from paying this fee.)

DATED this 16th day of October, 2015.

_____
Signature of Applicant

2783632.1.ZBEATTYR
ATL 20895722v1

## EXHIBIT 1