IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE:<br><br>AMBROSE CONSTRUCTION AND ROUSTABOUT SERVICE, LLC,<br><br>　　　　　　　　Debtor. | Case No. 15-13956<br>(Chapter 11) |

## ENTRY OF APPEARANCE

J. Clay Christensen, of the firm, Christensen Law Group, P.L.L.C., enters his appearance in this case on behalf of Debtor, Ambrose Construction and Roustabout Service, LLC, and further requests that copies of all notices, motions, orders and other documents be served pursuant to Fed.R.Bankr.P. 9010(b), 2002(a) and (b), and 3017(a) and Local Rules 9007-1 and 9010-1 of the United States Bankruptcy Court for the Western District of Oklahoma.

Respectfully submitted,

/s/ J. Clay Christensen
J. Clay Christensen (OBA #11789)
Christensen Law Group, P.L.L.C.
The Parkway Building
3401 N.W. 63rd Street, Suite 600
Oklahoma City, Oklahoma 73116
Telephone: (405) 232-2020
Facsimile: (405) 236-1012
clay@christensenlawgroup.com